```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

Robert A. Brown, et al.,        :
                                        Case No. 2:11-cv-1122
    Plaintiffs,                 :
                                        JUDGE JAMES L. GRAHAM
  v.                              :
                                        Magistrate Judge Kemp
Tellermate Holdings Ltd.,       :
    et al.,

    Defendants.                 :

## ORDER

Plaintiffs have moved for an extension of time to file a response to the motion for summary judgment. The motion sets forth good cause for the extension and the motion (#68) is therefore granted. The new date to file is October 25, 2013.

/s/ Terence P. Kemp
United States Magistrate Judge