# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**Robert A. Brown, et al.,**

        **Plaintiffs,**                                        **Case No. 2:11-cv-1122**

    **v.**                                                             **Judge Graham**

**Tellermate Holdings Ltd., et al.,**               **Magistrate Judge Kemp**

        **Defendants.**

## **ORDER**

The parties shall notify the Court whether or not they intend to submit additional briefing on the evidentiary sanction at issue in the present case on or before July 1, 2015. If they intend do so, their briefs shall be filed on or before July 15, 2015.

IT IS SO ORDERED.

                                                                  s/ James L. Graham  
                                                                   JAMES L. GRAHAM  
                                                                   United States District Judge

DATE: June 26, 2015