**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Robert A. Brown, et al.,

                   Case No. 2:11-cv-1122

    Plaintiffs,

  v.                 Judge Graham

Tellermate Holdings Ltd., et al.,      Magistrate Judge Kemp

    Defendants.

## ORDER

Defendant Tellermate and Calfee shall proffer the additional evidence they intend to offer if the Court were grant their request to introduce additional evidence in the review of their objections to the Magistrate Judge's July 1, 2014 Opinion and Order. The proffer shall identify any witnesses, summarize their testimony, and include copies of exhibits. These proffers shall be filed on or before July 16, 2015.

The Court will entertain oral arguments on the parties' objections to the Magistrate Judge's July 1, 2014 Opinion and Order and March 30, 2015 Opinion and Order following the argument on the Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

              s/ James L. Graham
              JAMES L. GRAHAM
              United States District Judge

DATE:  July 14, 2015