**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT A. BROWN,** *et al.*, | : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. 2:11-cv-1122 |
| **TELLERMATE HOLDINGS LTD.,** *et al.*, | : : | Judge James L. Graham |
| Defendants. | : : : | |

### STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss with prejudice their claims in this case. Defendants did not file any counterclaims or cross-claims. The parties' understanding is that no costs will be taxed against any party. In the event costs are to be taxed, the parties shall pay their own costs. The parties agree and stipulate that the Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted:


/s/ John L. Chaney
John L. Chaney (0072447)
Ray P. Drexel (0020515)
GAMBLE HARTSHORN, LLC
One East Livingston Avenue
Columbus, Ohio 43215-5700
Telephone: (614) 221-0922
Facsimile: (614) 365-9741
E-Mail: chaney@gamblehartshorn.com
*Counsel for Plaintiffs Robert Brown and Christine Brown*

*/s/ Chad Kaldor by authorization*
Thomas M. L. Metzger (0059694)
Chad J. Kaldor, of Counsel (0079957)
LITTLER MENDELSON, P.C.
21 East State Street, 16th Floor
Columbus, Ohio  43215
Telephone: (614) 463-4201
Facsimile: (614) 221-3301
Email: tmetzger@littler.com
Email: ckaldor@littler.com
*Attorneys for Defendant Insperity PEO Services, L.P.*


*/s/ Timothy Obringer by authorization*
Timothy R. Obringer (0055999)
Daniel A. Richards (0059478)
WESTON HURD LLP
The Tower at Erieview
1301 East 9th Street, Suite 1900
Cleveland, Ohio  44114-1862
Telephone: (216) 241-6602
Facsimile: (216) 621-8369
*Attorneys for Defendants Tellermate Holdings, Ltd., Tellermate, Inc., Paul J. Rendell, David W. Lunn, Gareth R. Davies, Edgar L. Biss, John Pilkington, and Debra Elliott*

## CERTIFICATE OF SERVICE

I certify that the foregoing is being served upon counsel via the Court's electronic filing system this 24th day of November, 2015.

/s/ John L. Chaney
John L. Chaney